Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.:  17–19562–MBK
Chapter:  13
Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Kathleen Jackson
    78 Toledo Lane
    Willingboro, NJ 08046
Social Security No.:
    xxx–xx–1123
Employer's Tax I.D. No.:

---

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 12/3/19.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

    This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: December 3, 2019
JAN: ckk

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 17-19562-MBK
Kathleen Jackson                                                      Chapter 13
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin          Page 1 of 1          Date Rcvd: Dec 03, 2019
                             Form ID: 148          Total Noticed: 10

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 05, 2019.
db           +Kathleen Jackson,    78 Toledo Lane,    Willingboro, NJ 08046-3702
aty          +Phelan Hallinan Diamond & Jones, LLP,    1617 JFK Boulevard, Suite 1400,
              Philadelphia, PA 19103-1814
cr           +DITECH FINANCIAL LLC,    Phelan Hallinan & Schmieg, PC,    400 Fellowship Road,   Suite 100,
              Mt. Laurel, NJ 08054-3437
lm           +THE BANK OF NEW YORK,    225 Liberty Street,    New York, NY 10286-0001
516816763    +Bank of New York As Trustee For The,    Certificate  Holders CWABS, Inc. Asset,
              Backed Certificates, Series 2005-11,    345 St. Peter Street, 11000 Landmark Tow,
              Saint Paul, MN 55102-1211
516816765    +Phelan, Hallinan, Diamond & Jones PC,    400 Fellowship Road,    Suite 100,
              Mount Laurel, NJ 08054-3437

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           E-mail/Text: usanj.njbankr@usdoj.gov Dec 04 2019 00:18:58     U.S. Attorney,   970 Broad St.,
              Room 502,   Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 04 2019 00:18:52     United States Trustee,
              Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
              Newark, NJ 07102-5235
516816764     E-mail/Text: bankruptcy.bnc@ditech.com Dec 04 2019 00:18:26     Ditech,   P.O. Box 94710,
              Palatine, IL 60094-4710
517078107     E-mail/Text: jennifer.chacon@spservicing.com Dec 04 2019 00:20:09
              The Bank of New York Mellon,    c/o Select Portfolio Servicing, Inc.,   P.O. Box 65250,
              Salt Lake City, UT 84165-0250
                                                                                   TOTAL: 4

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 05, 2019

Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 3, 2019 at the address(es) listed below:
          Albert  Russo   on behalf of Trustee Albert  Russo docs@russotrustee.com
          Albert  Russo   docs@russotrustee.com
          Andrew M. Lubin   on behalf of Creditor   The Bank of New York Mellon as Trustee for CWABS, Inc.
          Asset-Backed Certificates, Series 2005-11 bkecf@milsteadlaw.com,   alubin@milsteadlaw.com
          Denise E. Carlon   on behalf of Creditor   The Bank of New York Mellon as Trustee for CWABS, Inc.
          Asset-Backed Certificates, Series 2005-11 dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
          Kevin C. Fayette   on behalf of Debtor Kathleen  Jackson kfayette@kevinfayette.com
          Kevin Gordon McDonald   on behalf of Creditor   The Bank of New York Mellon as Trustee for CWABS,
          Inc. Asset-Backed Certificates, Series 2005-11 kmcdonald@kmllawgroup.com,
          bkgroup@kmllawgroup.com
          Michael Frederick Dingerdissen   on behalf of Creditor   DITECH FINANCIAL LLC nj.bkecf@fedphe.com
          U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
                                                                                   TOTAL: 8